◼◼ JOHN T. REYNOLDS et al., Appellants, v VINH DAC PHAM, Defendant, and NATIONAL SCHOOL BUS SERVICE, INC., et al., Respondents. [668 NYS2d 964] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Fisher, J. (Appeal from Order of Supreme Court, Monroe

County, Fisher, J.—Summary Judgment.) Present—Green, J. P., Lawton, Callahan, Doerr and Balio, JJ.